

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Lady Attegrene Adams Express Trust,        * From the 29th District Court
of Palo Pinto County,
Trial Court No. C51000.

Vs. No. 11-24-00116-CV                  * June 6, 2024

Double Diamond, Inc., et al.,           * Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Lady Attegrene Adams Express Trust.